UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    SONY CORPORATION, ET AL

                  Plaintiff(s)

      -vs-                                  04-Cv-6547T

    EASTMAN KODAK COMPANY

                  Defendant(s)
_____

       James L. Wamsley, III, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of Ohio and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of James L. Wamsley, III, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

       Wherefore, upon receipt of the $75.00 admission fee, James L. Wamsley, III, Esq. will be admitted to practice <u>pro hac vice</u> in the above-captioned matter.

       ALL OF THE ABOVE IS SO ORDERED.

                                          S/ MICHAEL A. TELESCA
                                        MICHAEL A. TELESCA
                                        United States District Judge

Dated:  Rochester, New York
        April 28, 2006