```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     EASTMAN KODAK COMPANY

                         Plaintiff(s)

          -vs-                                 04-Cv-6095T

     SONY CORP., ET AL

                         Defendant(s)
_____

     SONY CORPORATION

                         Plaintiff(s)

          -vs-                                 04-Cv-6547T

     EASTMAN KODAK COMPANY

                         Defendant(s)
_____
```

Jeffrey S. Dickey, Esq. and Andrew T. Zidel, Esq. have submitted to the Court evidence that they are presently members in good standing of the Bars of New York and New Jersey and various federal courts and have requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the requests of Jeffrey S. Dickey, Esq. and Andrew T. Zidel, Esq. are granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

Wherefore, upon receipt of the $75.00 admission fee, Jeffrey S. Dickey, Esq. and Andrew T. Zidel, Esq. will be admitted to practice pro hac vice in the above-captioned matter.

ALL OF THE ABOVE IS SO ORDERED.

    S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated: Rochester, New York
       September 13, 2006